# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Cassandra Bonita Woods,

                  Debtor.

Case No. 22-12757-mdc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

U.S. Department of Housing and Urban Development
100 Penn Square East, 11th Floor
Philadelphia, PA 19107-3380

Southwest Delaware County Municipal Authority
C/O Cecelia Nelson
SWDCMA, One Gamble Lane
P. O. Box 2466
Aston, PA 19014

Pennsylvania Housing Finance Agency/HEMAP
211 North Front Street
PO BOX 15206
Harrisburg, PA 17105

Chester Water Authority
C/O Thomas J Zetusky
P. O. Box 467
Chester, PA 19016

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Flagship Credit Acceptance
PO BOX 3807
COPPELL, TX 75019-5877

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

PECO
2301 Market Street, 04 NW
Philadelphia, PA 19101

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Manufacturers and Traders Trust Company
PO Box 1508
Buffalo, NY 14240

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Wilmington Savings Fund Society
c/o Selene Finance LP,
Attn: BK Dept., 3501 Olympus Blvd,
Dallas, TX 75019

Avi Auto Sales
430 North White Horse Pike
Magnolia, NJ 08049-1470

Date: December 6, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com