**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Cassandra Bonita Woods,**<br><br>aka Cassandra Woods Black,<br><br>    Debtor.<br><br>**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE TRUST ACQUISITION**<br><br>Movant,<br><br>v.<br><br>**Cassandra Bonita Woods,**<br><br>Aka Cassandra Woods Black,<br><br>        Debtor/Respondent,<br><br>**KENNETH E. WEST,**<br><br>    Trustee/Respondent. | **Bankruptcy No. 22-12757-mdc**<br><br>**Chapter 13** |

### PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE THAT**, on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE TRUST ACQUISITION, ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief From Automatic Stay (Doc.: 34), filed on September 19, 2023.**

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorney for Secured Creditor
> 13010 Morris Rd, Suite 450
> Alpharetta, GA 30004
> Telephone: 470-321-7113
> By: /s/ Michelle L McGowan
> Michelle L McGowan, Esq.
> PA Bar Number  62414
> Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Cassandra B. Woods**
1669 Powell Road
Brookhaven, PA 19015

**MICHAEL ASSAD**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadephia, PA  19102

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA 19107

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Michelle L McGowan
Michelle L. McGowan, Esq.
Email: mimcgowan@raslg.com