## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Cassandra Bonita Woods,<br><br>Debtor. | Case No. 22-12757-mdc<br><br>Chapter 13 |

### Order Granting Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The modified plan filed as ECF No. 54 is **APPROVED**.

Date: _____

                                                  Magdeline D. Coleman
                                                  Chief U.S. Bankruptcy Judge