# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Cassandra Bonita Woods,<br><br>Debtor. | Case No. 22-12757-mdc<br><br>Chapter 13 |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Fourth Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

U.S. Department of Housing and Urban Development
100 Penn Square East, 11th Floor
Philadelphia, PA 19107-3380

Southwest Delaware County Municipal Authority
C/O Cecelia Nelson
SWDCMA, One Gamble Lane
P. O. Box 2466
Aston, PA 19014

Pennsylvania Housing Finance Agency/HEMAP
211 North Front Street
PO BOX 15206
Harrisburg, PA 17105

Chester Water Authority
C/O Thomas J Zetusky
P. O. Box 467
Chester, PA 19016

Wilmington Savings Fund Society
c/o Selene Finance LP,
Attn: BK Dept., 3501 Olympus Blvd,
Dallas, TX 75019

Avi Auto Sales
430 North White Horse Pike
Magnolia, NJ 08049-1470

Date: January 12, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com