**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Cassandra Bonita Woods,<br>　　　*a/k/a Cassandra Woods Black*,<br><br>　　　　　　Debtor. | Case No. 22-12757-mdc<br><br>Chapter 13<br><br>SSN: xxx-xx-7191 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Debtor Casandra Bonita Woods, it is hereby **ORDERED** that:

1. Debtor's employer, Amazon.com Services LLC ("the employer") shall pay $167.31 directly from each of her regular weekly paychecks, to the chapter 13 trustee at the following address:

   Kenneth E. West, Chapter 13 Trustee
   P.O. Box 1799
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:    January 19, 2024

　　　　　　　　　　　　　　　　　　　　　*/s/ Magdeline D. Coleman*
　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge

CC:　Amazon.com Services LLC
　　　Attn: Payroll
　　　202 Westlake Ave N
　　　Seattle, WA 981099