

200 GROVE ST.,
GLASSBORO, NJ 08028
Phone: +1-(844)-777-7622
Fax: +1-567-654-3061

# LETTER OF GUARANTEE

01-11-2024

**Customer Information:**
- Vehicle Owner: Cassandra B Woods Black
- Claim Number: 805
- Lot Number: 82411503
- Date of Loss: 2023-12-27

**Settlement Information:**
- Settlement Amount: 7134.14

**Vehicle Information:**
- Year: 2012
- Make: MERCEDES-BENZ
- Model: E 350 4MAT
- VIN: WDDHF8JB6CA604821

**Lien Holder Information:**
- Lien Holder: Flagship Credit Acceptance
- Account Number: ██████████1001

Immediately upon receipt of a check in the amount of $_____, we will send the title and/or lien release to the above referenced vehicle to:

**USAA INS**
(Attn: 82411503 )
200 GROVE ST.,
GLASSBORO NJ 08028

Please provide both payment address options if applicable to ensure timely receipt of payment:

| Standard | Overnight |
|---|---|
| _____ | _____ |
| _____ | _____ |

We guarantee _____USAA INS_____ will receive the title (free from all liens) and/or release lien within (___) day(s) of the date the check clears.

We are currently in possession of the referenced title and/or lien release. A photocopy of the title and/or lien release to the referenced vehicle is enclosed with our company listed as the lien holder and your interested party or parties as the owner.

Signed: _____    Date: _____

(Authorized Agent of the Lien Holder)