**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>  Cassandra Bonita Woods,<br><br>    Debtor. | Case No. 22-12757-mdc<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Approve Loan Payoff**

**AND NOW**, upon consideration of the Debtor's Motion to Approve Loan Payoff, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Within fourteen days after the entry of this order, USAA Insurance must pay Flagship Credit Acceptance in the amount of $7,134.14 to satisfy the secured component of Claim No. 6.

3. Immediately upon receipt of the above payment, Flagship must send the title or lien release for the 2012 Mercedes-Benz E 350, VIN WDDHF8JB6CA604821 to USAA at the following address: USAA Insurance, Attn: 82411503, 200 Grove Street, Glassboro, NJ 08028.

4. The chapter 13 trustee must not make father distributions on Claim No. 6 as a secured claim.

5. Claim No. 6 is **ALLOWED** as an unsecured claim in the amount of $783.30.

6. The automatic stay under 11 U.S.C. § 362(a) and 1301(a) is **MODIFIED** to permit Flagship to enforce its *in rem* rights under applicable nonbankruptcy law with respect to the 2012 Mercedes-Benz E 350, VIN WDDHF8JB6CA604821.

Date:

                                                  Magdeline D. Coleman
                                                  Chief U.S. Bankruptcy Judge

CC:    USAA Insurance
           Attn: 82411503
           200 Grove Street
           Glassboro, NJ 08028

           Flagship Credit Acceptance
           PO Box 3807
           Coppell, TX 75019-5877