**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 22-12757-mdc |
| Cassandra Bonita Woods, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Approve Loan Payoff along with the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

USAA Insurance
Attn: 82411503
200 Grove Street
Glassboro, NJ 08028

Flagship Credit Acceptance
PO Box 3807
Coppell, TX 75019-5877

Date: March 28, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com