**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>Cassandra Bonita Woods,<br><br>Debtor. | Case No. 22-12757-mdc<br><br>Chapter 13 |
|---|---|

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The modified plan filed as ECF No. 78 is **APPROVED**.

Date:

Ashely M. Chan
U.S. Bankruptcy Judge