## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-12757-amc |
| Cassandra Bonita Woods, | Chapter 13 |
| Debtor. | |

### Order Granting Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The modified plan filed as ECF No. 78 is **APPROVED**.

Date:  April 18, 2024

Ashely M. Chan
U.S. Bankruptcy Judge