**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              Case No. 22-12757-amc

    Cassandra Bonita Woods,                    Chapter 13

        Debtor.

### Order Granting Debtor's Motion to Approve Loan Payoff

**AND NOW**, upon consideration of the Debtor's Motion to Approve Loan Payoff, and after notice and hearing, it is hereby **ORDERED** that:

1.  The motion is **GRANTED**.

2.  Within fourteen days after the entry of this order, USAA Insurance must pay Flagship Credit Acceptance in the amount of $7,134.14 to satisfy the secured component of Claim No. 6.

3.  Immediately upon receipt of the above payment, Flagship must send the title or lien release for the 2012 Mercedes-Benz E 350, VIN WDDHF8JB6CA604821 to USAA at the following address: USAA Insurance, Attn: 82411503, 200 Grove Street, Glassboro, NJ 08028.

4.  The chapter 13 trustee must not make further distributions on Claim No. 6 as a secured claim.

5.  Claim No. 6 is **ALLOWED** as an unsecured claim in the amount of $783.30.

6.  The automatic stay under 11 U.S.C. § 362(a) and 1301(a) is **MODIFIED** to permit Flagship to enforce its *in rem* rights under applicable nonbankruptcy law with respect to the 2012 Mercedes-Benz E 350, VIN WDDHF8JB6CA604821.

Date: April 24, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge

CC:    USAA Insurance
       Attn: 82411503
       200 Grove Street
       Glassboro, NJ 08028

       Flagship Credit Acceptance
       PO Box 3807
       Coppell, TX 75019-5877