**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                    CASE NO.: 22-12757-amc
                                                                          CHAPTER 13

**Cassandra Bonita Woods aka Cassandra Woods**
**Black,**

**Debtor.**

_____ /

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST |
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee          Court Claim # (if known): 14-4
should be sent:                                        Amount of Claim: $66,610.32
Selene Finance LP                                      Date Claim Filed: 12/12/2023
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637                                    Phone:
Last Four Digits of Acct #: 7039                       Last Four Digits of Acct #: 7039

Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 7039

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Shellie A. Labell                             Date:  01/30/2025

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___January 30, 2025___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Cassandra Bonita Woods
1669 Powell Rd
Brookhaven, PA 19015-1933

And via electronic mail to:

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107


By: /s/ Justine Bennett
Justine Bennett
Email: Jusbennett@raslg.com