# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

Cassandra Bonita Woods,

Debtor.

Case No. 22-12757-DJB

Chapter 13

### Order Granting Motion to Dismiss Chapter 13 Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Cassandra Bonita Woods, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date:

Honorable Derek J. Baker
U.S. Bankruptcy Judge