United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12757-djb |
| Cassandra Bonita Woods | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Cassandra Bonita Woods, 1669 Powell Rd, Brookhaven, PA 19015-1933 |
| 14728698 | | Avi Auto Sales, 430 North White Horse Pike, Magnolia, NJ 08049-1470 |
| 14728701 | | Capital One Bank (USA), N.A., Oklahoma City, OK 73118, 4515 N Santa Fe Ave |
| 14728702 | + | Chester Upland School District, 232 W 9th St, Chester, PA 19013-5897 |
| 14728703 | | Chester Water Authority, PO Box 71346, Philadelphia, PA 19176-1346 |
| 14728706 | | Del. Cnty. Water Quality Control Auth., 100 E 5th St, Chester, PA 19013-4508 |
| 14728719 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14728727 | | Southwest Delaware County Municipal Auth, PO Box 2466, Aston, PA 19014-0466 |
| 14732646 | + | Southwest Delaware County Municipal Authority, C/O Cecelia Nelson, SWDCMA, One Gamble Lane, P. O. Box 2466, Aston, PA 19014-0466 |
| 14728730 | | Township of Chester, 1150 Engle St, Chester, PA 19013-2418 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2025 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: blegal@phfa.org | Sep 19 2025 00:23:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 19 2025 00:22:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14728694 | + | Email/Text: bankruptcynotices@aarons.com | Sep 19 2025 00:23:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy SE, Suite 300, Atlanta, GA 30339-3182 |
| 14728695 | + | Email/Text: bankruptcy@rentacenter.com | Sep 19 2025 00:23:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14728696 | + | Email/PDF: bncnotices@becket-lee.com | Sep 19 2025 00:21:36 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14728697 | | Email/Text: bk@avant.com | Sep 19 2025 00:23:00 | Avant Llc/web Bank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 14728699 | | Email/Text: dltlegal@hab-inc.com | Sep 19 2025 00:22:00 | Berkheimer Tax Innovations, PO Box 25144, Lehigh Valley, PA 18002-5144 |
| 14728700 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2025 00:31:49 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, |

Case 22-12757-djb    Doc 93    Filed 09/20/25    Entered 09/21/25 00:37:42    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 62 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 14733737 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2025 00:31:47 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14733690 | + | Email/Text: account.manager@chesterwater.com | Sep 19 2025 00:23:00 | Chester Water Authority, C/O Thomas J Zetusky, P. O. Box 467, Chester, PA 19016-0467 |
| 14728704 | | Email/Text: documentfiling@lciinc.com | Sep 19 2025 00:22:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |
| 14728705 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2025 00:23:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14728708 | + | Email/Text: duffyk@co.delaware.pa.us | Sep 19 2025 00:23:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14728709 | + | Email/Text: mrdiscen@discover.com | Sep 19 2025 00:22:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14728710 | | Email/Text: ECF@fayservicing.com | Sep 19 2025 00:22:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680 |
| 14728711 | | Email/Text: BNSFS@capitalsvcs.com | Sep 19 2025 00:22:00 | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS, SD 57110-1003 |
| 14728712 | | Email/Text: bankruptcy@flagshipcredit.com | Sep 19 2025 00:23:00 | Flagship Credit Acceptance, PO BOX 3807, COPPELL, TX 75019-5877 |
| 14728713 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 19 2025 00:22:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14728714 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2025 00:24:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14728715 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2025 00:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14739581 | + | Email/Text: camanagement@mtb.com | Sep 19 2025 00:23:00 | Manufacturers and Traders Trust Company, PO Box 1508, Buffalo, NY 14240-1508 |
| 14728716 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2025 00:23:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14728717 | | Email/PDF: cbp@omf.com | Sep 19 2025 00:31:48 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14737362 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 19 2025 00:23:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14728718 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 19 2025 00:23:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14733038 | + | Email/Text: blegal@phfa.org | Sep 19 2025 00:23:00 | PHFA/HEMAP, 211 N. Front St., Harrisburg, PA 17101-1466 |
| 14728723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2025 00:31:46 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 14728724 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 00:31:46 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14728720 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14733106 | | Email/Text: blegal@phfa.org | Sep 19 2025 00:23:00 | Pennsylvania Housing Finance Agency/HEMA, C/O Leon P. Haller, Front Street, 211 North, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14728721 | | Email/Text: blegal@phfa.org | Sep 19 2025 00:23:00 | Pennsylvania Housing Finance Agency/HEMA, Front Street, 211 North, PO BOX 15206, Harrisburg, PA 17105-5206 |

Case 22-12757-djb   Doc 93   Filed 09/20/25   Entered 09/21/25 00:37:42   Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 62 |

| ID | Flag | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 14733599 | + | Email/Text: blegal@phfa.org | Sep 19 2025 00:23:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14728722 | ^ | MEBN | Sep 19 2025 00:14:30 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14728725 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2025 00:22:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14728726 | | Email/Text: bkteam@selenefinance.com | Sep 19 2025 00:22:00 | Selene Finance LP, 9990 Richmond, Houston, TX 77042-4559 |
| 14728729 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 19 2025 00:22:00 | Tbom/atls/aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 14728731 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 19 2025 00:23:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14973763 | + | Email/Text: bkteam@selenefinance.com | Sep 19 2025 00:22:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14728732 | ^ | MEBN | Sep 19 2025 00:14:11 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14729056 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 19 2025 00:32:21 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 14728733 | | Email/Text: bkelectronicnotices@usaa.com | Sep 19 2025 00:22:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 14728734 | | Email/Text: webadmin@vhllc.co | Sep 19 2025 00:23:00 | Vance & Huffman Llc, 55 Monette Parkway, Smithfield, VA 23430-2577 |
| 14741720 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2025 00:32:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14728735 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 19 2025 00:22:00 | Verizon, Po Box 3037, Bloomington, IL 61702-3037 |
| 14728736 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 19 2025 00:22:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 14730271 | + | Email/Text: RASEBN@raslg.com | Sep 19 2025 00:22:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14730425 | + | Email/Text: RASEBN@raslg.com | Sep 19 2025 00:22:00 | Wilmington Savings Fund Society, C/O Charles Griffin Wohlrab, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14744486 | + | Email/Text: bkteam@selenefinance.com | Sep 19 2025 00:22:00 | Wilmington Savings Fund Society, c/o Selene Finance LP,, Attn: BK Dept., 3501 Olympus Blvd,, Dallas, TX 75019-6156 |
| 14806873 | + | Email/Text: RASEBN@raslg.com | Sep 19 2025 00:22:00 | Wilmington Savings Fund Society, FSB, C/O Cristina DiGiannantonio, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14806840 | + | Email/Text: RASEBN@raslg.com | Sep 19 2025 00:22:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14728737 | | Email/Text: bkteam@selenefinance.com | Sep 19 2025 00:22:00 | Wilmington Savings Fund Society, FSB, d/, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14728728 | | Synchrony Bank/ Old Navy, FL 32896, Attn: Bankruptcy, Orlando,, PO Box 965060 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14737292 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14728707 | ## | Delaware County Solid Waste Authority, 1521 N Providence Rd, Media, PA 19063-1039 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

**Name** — **Email Address**

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL A. CIBIK
on behalf of Debtor Cassandra Bonita Woods help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
on behalf of Creditor Wilmington Savings Fund Society mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE TRUST ACQUISITION mimcgowan@raslg.com

ROBERT BRIAN SHEARER
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust rshearer@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Cassandra Bonita Woods,<br><br>Debtor. | Case No. 22-12757-DJB<br><br>Chapter 13 |

### Order Granting Motion to Dismiss Chapter 13 Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Cassandra Bonita Woods, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. This case is **DISMISSED**.
3. All wage orders are **VACATED**.

Date: **September 18, 2025**

Honorable Derek J. Baker
U.S. Bankruptcy Judge